UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 10-195 (DMC) |
| CATRINA GATLING | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Catrina Gatling (by Anthony J. Fusco, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 12th day of May, 2010,

IT IS ORDERED that defense motions shall be filed by 14 JUNE 2010, the government's reply shall by filed by 28 JUNE 2010, ~~the defense surreply, if any, shall be filed by~~ the argument of the motions is scheduled for 12 July 2010, and the trial is scheduled for 19 July, 2010; and

IT IS FURTHER ORDERED that the period from May 12, 2010, through July 12, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

_____
Anthony J. Fusco, Esq.
Counsel for Defendant Catrina Gatling

_____
Brian L. Urbano
Assistant United States Attorney