**Darryl M. Saunders, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
Tel. 973-752-2273
Attorneys for Defendant, Catrina Gatling

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America,<br>       Plaintiff,<br>v.<br><br>Catrina Gatling,<br>       Defendant. | Docket No.: 10-00195-001<br><br>**CONSENT ORDER FOR 30 DAY CONTINUANCE OF SURRENDER** |

**THIS MATTER** having been opened before the Court by Darryl M. Saunders, Esq., attorney for defendant, Catrina Gatling, seeking an order continuing the date of surrender for 30 days.

IT IS ON this 9th day of April, 2012, ORDERED that Defendant's date of surrender will be continued for 30 days;

_____
Hon. Dennis M. Cavanaugh, U.S.D.J

The undersigned herby consent to the form and entry of the within order.

_____       _____
Brian Lee Urbano, Esq. A.U.S.A.       Darryl M. Saunders, Esq.
                                              Attorney for Defendant