# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES of AMERICA** | **ORDER ON APPLICATION** |
| Plaintiff, | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| v. | |
| | Case Number: **- 2:10cr195-1** |
| **CATRINA GATLING** | |
| Defendants. | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

x   GRANTED, and

    x The Clerk is directed to file the Notice of Appeal without payment of the $455 filing fee.

ENTERED this     9th     day of    April           , 2012

    s/DENNIS M. CAVANAUGH
   **Signature of Judicial Officer**

   **Dennis M. Cavanaugh, U.S.D.J.**
   **Name and Title of Judicial Officer**